No. 375, Misc. FILI v. NEW YORK. Appellate Division of the Supreme Court of New York, Fourth Judicial Department. Certiorari denied.

No. 389, Misc. ECKFORD v. RANDOLPH, WARDEN. Circuit Court of St. Clair County, Illinois. Certiorari denied.

No. 400, Misc. LEVY v. HAYWARD ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Soboloff* for respondents.

No. 410, Misc. FORD v. RANDOLPH, WARDEN. Circuit Court of Pulaski County, Illinois. Certiorari denied.

No. 443, Misc. BREEDING v. WARDEN, MINNESOTA STATE PRISON. Supreme Court of Minnesota. Certiorari denied.

No. 448, Misc. MALMBERG v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Soboloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 451, Misc. STELTER v. RAGEN, WARDEN, ET AL. Supreme Court of Illinois. Certiorari denied.

No. 456, Misc. LOWERY v. McLEOD, WARDEN. Criminal Court of Appeals of Oklahoma. Certiorari denied.

No. 457, Misc. SPRY v. SKEEN, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied.